## IN UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA    )

                                   )

                 vs                 )       Case No. 3:07CR00095

**Matthew David Bigler**          )

                                   )

---

## ORDER TERMINATING SUPERVISED RELEASE

---

The above named commenced his three (3) year term of Supervised Release on February 02, 2010.

Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby

ordered that the defendant is discharged from Supervised Release and that the proceedings in the case

be terminated.

Dated this 27th day of April, 2012

_____

Walter Herbert Rice

United States District Judge